EXHIBIT NO. 800

You must treat these facts as having been proved.

1. Prior to going bankrupt in 2002, Geoenergy International Corporation ("Geoenergy") designed and sold air pollution equipment, including Wet Electrostatic Precipitators ("WESP"). WESPs remove fine pollutant particles, like dust, smoke, or liquid droplets from gas flows.

2. Steve Jaasund's company, Jaasund AirTech, helped Geoenergy with the operation of its first full-scale WESP installation.

3. Steve Jaasund and Gary Raemhild joined Geoenergy in 1988.

4. Jarrad Markley joined Geoenergy in 1992. Jaasund, Raemhild, and Markley were all involved in making design changes to Geoenergy's WESP to address deficiencies they identified in the field.

5. Steve Jaasund, Gary Raemhild, and Jarrad Markley all worked at Geoenergy until it went bankrupt in 2002.

6. The Geoenergy bankruptcy Trustee sold Geoenergy's assets to at least three companies: Western Pneumatics, Inc. ("WPI"), TurboSonic Inc. (now B&W Megtec), and Lundberg. Lundberg acquired the "Project Files" and trademarks of Geoenergy International Corporation ("Geoenergy"). The Project Files included the design of a WESP and RTO.

7. The Geoenergy "Project Files" and the original designs of Geoenergy as contained therein in 2002 are not being claimed by Lundberg to be trade secrets.

8. Following the Geoenergy bankruptcy, in December 2002, Steve Jaasund and Gary Raemhild joined Lundberg. Jarrad Markley joined Lundberg in January 2003.

9. When they were hired, Raemhild and Markley signed acknowledgement forms confirming their agreement per the terms of Lundberg's employee handbook to keep Lundberg's proprietary information confidential and to only use such information "within the office and in connection with Company projects." Both of those agreements were supported by consideration.

10. After joining Lundberg, Raemhild and Markley, along with others at Lundberg, refined the WESP design that Lundberg had purchased out of the Geoenergy bankruptcy, as well as Lundberg's Regenerative Thermal Oxidizer ("RTO") and other air pollution control ("APC") product designs.

11. TSI is in the business of designing, engineering and supplying drying systems to the wood products industry, including dryer islands, consisting of a furnace, a dryer and APC equipment. TSI did not offer TSI APC equipment until 2012.

12. The first project that Lundberg and TSI worked on together was Green Circle beginning around 2007, where Lundberg supplied the WESP and RTO, and TSI supplied the wood dryer.

13. Thereafter, from 2008 to 2012, Lundberg provided TSI with numerous written proposals to supply APC equipment for use in TSI's other wood dryer projects in response to TSI's requests for quotes ("RFQs") and general requests for information.

14. In March 2009, Lundberg eliminated Markley's position due to the economic recession and Markley was laid off. At that time, Markley signed a Separation

and Release Agreement in which he confirmed his continuing obligation not to use or disclose Lundberg's confidential information related to Lundberg's "client, customers, personnel, operations, strategies, financial or other proprietary information that is not otherwise available to the general public." That agreement was supported by consideration.

15. In 2009, TSI was awarded the contract to provide Georgia Biomass with an integrated "dryer island" system. TSI sub-contracted with Lundberg to provide the APC equipment for the Georgia Biomass dryer island project.

16. In November 2011, TSI was awarded the contract to provide a dryer island system to German Pellets. The German Pellets' contract provided that TSI would not begin work until German Pellets first made a substantial down payment. German Pellets delayed making its down payment.

17. TSI was engaged in employment negotiations with Raemhild and Markley in January 2012.

18. On May 8, 2012, TSI hired Markley.

19. It was standard practice for TSI to have confidentiality agreements with its suppliers, and at TSI's request, on July 30, 2012 Lundberg and TSI signed a non-disclosure agreement that was prepared by TSI. That agreement was supported by consideration.

20. On August 1, 2012, TSI received a substantial payment from German Pellets. Raemhild resigned from Lundberg on August 6, 2012, and began work at TSI's office on August 7, 2012.

21. After 2012, TSI secured dryer island projects with Enviva and Portucel, which also included APC equipment supplied by TSI.

23. Gary Raemhild died on March 21, 2014.

24. Lundberg filed suit against TSI on July 31, 2014.