THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.H. Lundberg Associates, Inc. and Lundberg, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>TSI, Inc.,<br><br>                Defendant. | Case No. 14-CV-01160-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR REDACTIONS OF TRIAL TRANSCRIPTS, EXPERT REPORT, AND COURT ORDER** |

**STIPULATED MOTION SEEKING TO EXTEND DEADLINES FOR REDACTIONS**

On March 9, 2017, this Court issued an Order requesting clarification on a proposed scope of injunctive relief sought by Plaintiffs A.H. Lundberg Associates, Inc. and Lundberg, LLC ("Lundberg"). See Dkt. #271. The Order set forth certain deadlines by which Lundberg and Defendant TSI, Inc. ("TSI") must meet and confer and submit additional language and briefing on the injunctive relief issue. See id.

The parties also have two other upcoming deadlines:

(1) **March 16, 2017** - the deadline for Lundberg's motion to redact certain portions of the trial transcripts (see Amended General Order 15-15) and

(2) **March 24, 2017** - the deadline for the parties to submit statements of proposed redactions to the technical expert report of Dr. Martin ("Martin report") and the Court's March 9, 2017 Order ("Order"). See Dkt. #271.

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES FOR REDACTIONS - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

251608.0049/6899897.1

1  To avoid duplicative motion practice and with the hope that the parties can agree on
2  proposed redactions, the parties respectfully request that the Court extend the deadlines on (1)
3  Lundberg's motion to redact trial transcripts and (2) the parties' statement(s) of proposed
4  redactions to the Martin report and Order to 10 days after the Court issues an order on injunctive
5  relief. The parties agree to meet and confer in this 10-day time frame. The parties also request
6  that, during this extended period, the trial transcripts, the Martin report, and the Order remain
7  non-public/sealed.

Respectfully submitted,

DATED: March 14, 2017
/s/Emilia L. Sweeney
Emilia L. Sweeney, WSBA No. 23371
Kenneth W. Hart, WSBA No. 15511
Attorneys for Defendant TSI, Inc.

Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone:   206-622-8020
Fax:     206-467-8215
Email:   sweeney@carneylaw.com
         hart@carneylaw.com

DATED: March 14, 2017
/s/Tiffany Scott Connors
Randall P. Beighle, WSBA No. 13421
Brian Bodine, WSBA No. 22414
Tiffany Scott Connors, WSBA No. 41740
Attorneys for Plaintiff Lundberg

Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA  98111-9402
Phone:   206-223-7000
Fax:     206-223-7107
Email:   beighler@lanepowell.com
         bodineb@lanepowell.com
         connorst@lanepowell.com

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES FOR REDACTIONS - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

251608.0049/6899897.1

**ORDER**

IT IS SO ORDERED.

DATED: 14 March 2017

_____
Honorable James L. Robart

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES FOR REDACTIONS - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

251608.0049/6899897.1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the state of Washington that on March 14, 2017, I caused to be served a copy of the foregoing Stipulated Motion and [Proposed] Order Extending Deadlines for Redactions of Trial Transcripts, Expert Report and Court Order, to the following persons in the manner indicated below at the following addresses:

| | |
|---|---|
| Mr. Kenneth W. Hart<br>Ms. Emilia L. Sweeney<br>Ms. Melissa J. Cunningham<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>Telephone: (206) 607-4174<br>Facsimile: (206) 467-8215<br>E-Mail: hart@carneylaw.com<br>sweeney@carneylaw.com<br>cunningham@carneylaw.com<br>doyle@carneylaw.com<br>williams@carneylaw.com<br>norgaard@carneylaw.com<br>kniffin@carneylaw.com | ☑ by **CM/ECF**<br>☑ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Dated this 14th day of March 2017.

*s/ Ann Gabu*
Ann Gabu, legal assistant

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES FOR REDACTIONS - 4

251608.0049/6899897.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107