THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.H. Lundberg Associates, Inc. and Lundberg, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TSI, Inc.,<br><br>　　　　　　　Defendant. | Case No. 14-CV-01160-JLR<br><br>~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO SEAL APPENDIX A |

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Seal Appendix A to Proposed Stipulated Injunction, and the Court having reviewed the pleadings and papers on file herein: (Dkt. # 276)

It is now ORDERED that the Stipulated Motion to Seal is GRANTED. The Court seals Appendix A to the Stipulated Injunction.

SO ORDERED this 29th day of March, 2017.

_____
HONORABLE JAMES L. ROBART

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO SEAL APPENDIX A - 1
Case No. 14-cv-01160-JLR

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the state of Washington that on March 29, 2017, I caused to be served a copy of the foregoing Stipulated Motion to Seal Appendix A to Proposed Injunction, to the following persons in the manner indicated below at the following addresses:

| | |
|---|---|
| Mr. Kenneth W. Hart<br>Ms. Emilia L. Sweeney<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010<br>Telephone: (206) 607-4174<br>Facsimile: (206) 467-8215<br>E-Mail: hart@carneylaw.com<br>          sweeney@carneylaw.com<br>          doyle@carneylaw.com<br>          williams@carneylaw.com<br>          weinberg@carneylaw.com | ☑ by **CM/ECF**<br>☑ by **Electronic Mail**<br>☐ by **Facsimile Transmission**<br>☐ by **First Class Mail**<br>☐ by **Hand Delivery**<br>☐ by **Overnight Delivery** |

Dated this 29th day of March 2017.

*s/ Ann Gabu*
Ann Gabu, legal assistant

251608.0049/6913379.1

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO SEAL APPENDIX A - 2
Case No. 14-cv-01160-JLR

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107