UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A. H. LUNDBERG ASSOCIATES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TSI, INC., <br><br> Defendant. | CASE NO. C14-1160JLR <br><br> ORDER |

Following the court's entry of the parties' stipulated injunction (*see* Stip. Inj. (Dkt. # 279)), it appears that all claims in this action have been adjudicated. Accordingly, the court DIRECTS the parties to meet and confer and submit a proposed judgment—or, if they cannot agree, competing proposed judgments—no later than April 6, 2017.

Dated this 30 day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 1