Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| A.H. LUNDBERG ASSOCIATES, INC.;<br>LUNDBERG, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>TSI, INC.,<br><br>        Defendant. | NO. 2:14-cv-01160-JLR<br><br>JUDGMENT<br><br>[Proposed] |

## JUDGMENT SUMMARY

Judgment Creditor:        Lundberg, LLC

Judgment Debtor:        TSI, Inc.

Principal Judgment Amount:    $7,223,159.60

| | |
|---|---|
| Jury verdict: | $5,083,334.00 |
| Exemplary damages: | 1,000,000.00 |
| Attorneys' fees: | 1,139,825.60 |

Post-Judgment Interest Rate
Pursuant to 28 U.S.C. § 1961:[1]    1.03%

---

[1] This rate assumes that judgment is entered during the week of April 6, 2017.

JUDGMENT

[Proposed] – 1
(2:14-cv-01160-JLR)

TSI001-0009 4495544

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Case 2:14-cv-01160-JLR   Document 286   Filed 04/06/17   Page 2 of 4

| | |
|---|---|
| 1 | Attorneys for Judgment Creditor |
| 2 | Lundberg, LLC: |

Attorneys for Judgment Creditor
Lundberg, LLC:

Randall P. Beighle
Brian G. Bodine
Tiffany Scott Connors
Kristin Beneski
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101

Attorneys for Judgment Debtor
TSI, Inc.:

Emilia L. Sweeney
Kenneth W. Hart
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104

### ORDER

~~On September 23, 2016, the jury rendered a verdict for Lundberg in the amount of~~ $5,083,334.00 ($4,313,783.00 for its breach of contract claim and $769,551.00 for its misappropriation of trade secrets claim). Dkt. #210. On March 9, 2017, the Court issued an order granting Lundberg $1,000,000.00 in exemplary damages as well as $1,139,825.60 in attorneys' fees. Dkt. #271 (preliminarily filed under seal). On March 29, 2017, the Court issued a Stipulated Order Granting Injunctive Relief. Dkt. #279.

Based upon the jury's verdict and the Court's subsequent award of exemplary damages and attorneys' fees, Plaintiff Lundberg LLC is awarded damages in the principal amount of $7,223,159.60 against Defendant TSI, Inc.

The Court, being otherwise fully advised herein, now therefore

HEREBY ORDERS, ADJUDGES, AND DECREES that Plaintiff Lundberg, LLC is awarded judgment against Defendant TSI, Inc. in the principal amount of $7,223,159.60. Post-judgment interest on the judgment sum shall accrue at the rate of 1.03 percent from the date of entry hereof.

JUDGMENT

[Proposed] – 2
(2:14-cv-01160-JLR)

TSI001-0009 4495544

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

1

IT IS SO ORDERED.

2

DATED this 7th day of ___April___, 2017.

3

4

5

Hon. James L. Robart
United States District Judge

6

7

Presented by:

8

CARNEY BADLEY SPELLMAN, P.S.

9

10

By: /s/ Emilia L. Sweeney
   Emilia L. Sweeney, WSBA No. 23371

11

   Kenneth W. Hart, WSBA No. 15511

12

701 Fifth Avenue, Suite 3600
Seattle, WA 98104

13

Telephone: 206-622-8020
Facsimile: 206-467-8215

14

15

16

17

18

19

20

21

22

23

24

25

26

JUDGMENT

[Proposed] – 3
(2:14-cv-01160-JLR)

TSI001-0009 4495544

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on this 6th day of April, 2017, I electronically filed the foregoing
document with the Clerk of the Court using the CM/ECF system, which will send notification
of such filing to the following:

4

5          **Attorneys for Plaintiff**
Randall P. Beighle ............................. beighler@lanepowell.com
6          Tiffany Scott Connors ....................... connors@lanepowell.com
Brian G. Bodine ................................. bodineb@lanepowell.com
7          Kristin Beneski .................................. beneskik@lanepowell.com
Lane Powell PC
8          PO Box 91302
Seattle WA  98111-9402

9

10         **Attorney for Richard Martin / Martin Thermal Engineering, Inc.**
Debra M. Akhbari.............................. dakhbari@helsell.com
11         Andrew J. Kinstler.............................. akinstler@helsell.com
David F. Jurca................................... djurca@helsell.com
12         Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
13         Seattle, WA  98154

14         DATED this 6th day of April, 2017.

15

16                                                   _____
Christine A. Williams
17                                                   Legal Assistant to Emilia L. Sweeney

18                                                   CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
19                                                   Seattle, WA 98104-7010
Phone:      (206) 622-8020
20                                                   Facsimile:  (206) 467-8215
Email:      williams@carneylaw.com

21

22

23

24

25

26

JUDGMENT

[Proposed] – 4
(2:14-cv-01160-JLR)

TSI001-0009 4495544